AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>TAMMY MARIE STEFFEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8:18-mj-1991-JSS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2016 to June 2018__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |
| 18 U.S.C. § 875(c) | Interstate threats |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Thames, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/1/18

_____
Judge's signature

City and state: Tampa, Florida

JULIE S. SNEED, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Steven Thames, a Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the FBI, and have been since August 2016. I attended training at the FBI Academy in Quantico, Virginia, for 21 weeks. I was previously assigned to the FBI-Tampa Field Office's Violent Crime Squad. I have received specialized training in enforcing laws related to violent crimes, including crimes committed while utilizing electronic devices, such as computers, cellular telephones, and tablets. As a Special Agent, I have investigated and participated in numerous investigations and in the execution of arrest and search warrants.

2. This affidavit is being submitted for the limited purpose of securing a criminal complaint. It contains information both personally known to me as well as information I have received from other law enforcement officers, and my conversations with state and federal law enforcement officers. I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause to believe that Tammy Marie Steffen ("STEFFEN") has committed violations of 18 U.S.C. § 2261A(2)(B) (Cyberstalking); and 18 U.S.C. § 875(c) (Interstate Threats).

## STATUTORY AUTHORITY

3. Title 18, United States Code, section 2261A(2)(B) prohibits a person from acting "with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, inure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would reasonably be expected to cause substantial emotional distress to a person."

4. Title 18, United States Code, section 875(c), prohibits a person from "transmit[ing] in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another."

## PROBABLE CAUSE

### *Summary*

5. STEFFEN is an owner of a personal training business and serves as a certified fitness trainer, coach, and fitness/sport nutrition specialist. She specializes in training and preparing female competitors for fitness competitions in and outside the state of Florida. Beginning on an unknown date, but no later than in or about August 2016, and continuing to the present, STEFFEN engaged in a course of conduct with the intent to harass or intimidate her victims. Specifically, STEFFEN cyberstalked, harassed, and threatened several of her former colleagues and associates through repeated emails, phone calls, text messages, and social media

2

messages from numerous phone numbers and accounts, which were transmitted in and affected interstate commerce.

### *The Investigation*

6. In or around November 2016, the Eau Claire Police Department in Wisconsin received a complaint from Victim-1, who is a Wisconsin resident, that Victims-1, 2, and 3 had been the targets of a campaign of online and telephonic harassment and threats by STEFFEN, who is a resident of Pasco County, Florida. Victims-2 and 3 are Michigan residents. Due to the interstate nature of the harassment and threats, the Eau Claire Police Department requested the assistance of FBI-Milwaukee.

7. In or around August 2017, FBI-Milwaukee transferred the investigation into STEFFEN to FBI-Tampa. The investigation revealed that STEFFEN had also cyberstalked, harassed, and threatened Victims-4 and 5, whom are Florida residents, via social media, email, and telephone.

8. On or about January 24, 2018, I obtained three federal search warrants for approximately 89 Instagram accounts believed to be used by STEFFEN to stalk, harass, and/or threaten victims of this investigation. A review of the Instagram accounts revealed that at least 50 of these accounts are associated with an IP address assigned to STEFFEN's Pasco County residence. Additionally, many of the Instagram accounts are associated with an IP address assigned to STEFFEN's place of employment, as well as her parents' home in Pasco County.

9. To date, the FBI has identified at least 369 Instagram accounts and 18 email accounts that STEFFEN used to cyberstalk and harass Victims-1, 2, 3, 4, and 5

*Victim-1*

10. Victim-1 began receiving harassing and threatening messages on Instagram in or around November 2016. As of May 2018, Victim-1 has received harassing and threatening messages from approximately 73 Instagram accounts. The messages include threats to Victim-1's life, threats to the lives of others connected to Victim-1, and attempts to discredit Victim-1 professionally, among other content. The following messages are a sample of the messages STEFFEN sent to Victim-1 from various Instagram accounts associated with STEFFEN's IP address:

**March 22, 2017**

**"gncfitnessgroup":** ""[Victim's 1 Instagram Name] tick tock bitch tick tock."

**June 14, 2017**

**"melodywade1991":** "Our time will come."

11. Victim-1 also received the following messages from anonymous fictitious Instagram accounts believed to be used and/or controlled by STEFFEN.

**January 4, 2017**

**"kathybut1236":** "Let's talk about your little boy."[1]

**January 30, 2017**

**"rain5699":** "Let me give you a little information. he [*sic*] last girl I had fun with like this lasted for over two years and just ended since I have a new

---

[1] Victim-1 has children and felt that this post was a direct threat to one of Victim-1's sons.

4

gamer. You can't touch me nor do anything to stop me. I know the laws and have been here many times before you. So let's play."

*Victim-2*

12.     Victim-2 began receiving repeated, harassing, and threatening emails and messages on Instagram in or around August 2016. For example, on or about August 12, 2016, Victim-2 received an email from "cristismith@gmail.com" that stated, "We are at war. You against me." Victim-2 did not know anyone by the name of Cristi Smith. According to records obtained from Google, the "cristismith@gmail.com" email account was created on or about August 12, 2016, from an IP address assigned to the New Port Richie, Florida, area, where STEFFEN lived at the time.

13.     Victim-2 began receiving numerous repeated and harassing telephone calls that "spoofed"[2] the identification of the caller in our around November 2016. When Victim-2 answered these calls, Victim-2 heard a beeping sound and then the call disconnected. Victim-2 downloaded and installed an application on her phone that traced "spoofed" calls. On or about November 23, 2016, Victim-2 received a call from a number purporting to be Victim-3. After Victim-2 rejected the call, the app identified the caller as "J. Steffen," with telephone number XXX-XXX-3899. A review of law enforcement databases revealed that the telephone number was associated with the "J.Steffen," STEFFEN's then husband.

---

[2] Spoofing is the practice of causing a telephone network to indicate to the receiver of a call that the originator of the call is a phone number other than the true number.

5

14.     As of May 25, 2018, Victim-2 has received harassing and threatening messages from at least 30 different Instagram accounts that were used and/or controlled by STEFFEN. Victim-2 received at least 30 emails from STEFFEN's known email address, "tammy.steffen11@gmail.com," and dozens of telephone calls from STEFFEN using voice-disguising software and "spoofed" phone numbers. The messages include threats to Victim-2's life, threats to the lives of others associated with Victim-2, and attempts to discredit Victim-2's professional reputation, among other content. Victim-2's parents and significant other also received "spoofed" phone calls. In addition, Victim-2's gym began receiving threatening phone calls in December 2016.

### *Victim-3*

15.     Victim-3 began receiving repeated, harassing and threatening messages from numerous Instagram accounts in or around November 2016. Victim-3 received messages from approximately 18 Instagram accounts, which, based upon my review of Instagram records appeared to be used and/or controlled by STEFFEN. Victim-3 has also received at least 21 harassing emails, some of which are from STEFFEN's known email address, "tammy.steffen11@gmail.com," and some of which are unidentified. The messages include threats to Victim-3's life, threats to the lives of others connected to Victim-3, and attempts to discredit her professionally, among other content. The following messages are a sample of the messages STEFFEN sent to Victim-3:

**January 11, 2017**

"Mlee45184@gmail.com": "All hell is gonna rain fire down on your world like never seen before. You have picked the wrong person to mess with. You have no idea what you've done. I will be catching the next flight to Michigan out of here."

**January 11, 2017**

"maria.santos333": Tagged Victim-3 in a picture that showed a female holding two knives and is captioned "I'm coming."

*Victim-4*

16. Victim-4 began receiving harassing messages from a fake social media account in or around January 2017. Victim-4 confronted STEFFEN about the messages and STEFFEN admitted that she had sent the messages. In or around August 2017, Victim-4 reported to the Tampa Police Department that STEFFEN had been engaging in a campaign of online harassment and threats against Victim-4 and that STEFFEN had been harassing and threatening others while impersonating Victim-4. In or around July 2018, Pasco County Sheriff's Office arrested STEFFEN after she faked a kidnapping attempt on her 12-year-old daughter in an effort to frame Victim-4 for the kidnapping.[3]

*Victim-5*

17. Victim-5 began receiving harassing and threatening telephone calls and messages on Instagram in or around January 2017. Victim-5 discussed the messages with STEFFEN and STEFFEN claimed that Victim-4 was the person sending the

---

[3] STEFFEN pleaded guilty to the state court charges on or about October 18, 2018. *State of Florida v. Tammy Marie Steffen*, 2018CF004304CFAXWS.

7

messages. In or around July 2017, however, STEFFEN admitted to Victim-5 that she had been the person sending the messages. As of June 2018, Victim-5 has received approximately 327 Instagram messages, 129 emails from STEFFEN's known personal email accounts, "tammy.steffen11@gmail.com" and "beyondfit@yahoo.com," and 19 messages to Victim-5's business website of a harassing nature. The following messages are a sample of the messages STEFFEN sent to Victim-5 from various Instagram accounts associated with STEFFEN's IP address:

### December 29, 2017

**"oneanddone1234"**: "Time is up! You will reap Everything you have coming. I warned YOU. My full time job. Never try to contact me to settle this. That has passed. I am only sorry for all in your life. Let it spread like a wild fire. Bye bitch. Even when you beg will I show no mercy. Silence now but you will see my signature on each and every event."

### August 10, 2017

**"kylefrancis22"**: "Time for it to get really dirty."

### October 25, 2017

**"lovethegametowin"**: "This is a forever thing. You and I. I never give up."

### January 6, 2018

**"whydoitellyou"**: "I tell you so you know exactly where it came from. You could have helped your friends. You decided not to. You could have ended this a long time ago. You made all the wrong decisions. You will pay through watching those you care about pay. You will feel the pain you put me through. Checkmate you lost."

### May 29, 2018

8

**"looksgoodbooboo":** a photo with the caption, "[KB] Hope you die."

**September 26, 2017**

**"fitlifeannual":** "Of course we can. I just placed an order to rollout. Nothing left to lose. Time to act. Shit or full car destruction haven't decided. I'm thinking a nice pile of human shit to begin with. Did you know you can defalt [*sic*] put dog shit, egg property and so much more....Did you know it's not a crime at all lol. Do not want you shocked at the laws as the next phase happens. Once put acid on a girls car with my exbestie melted that bitch to the group. right in a high school parking lot. You might know who it is but try to stop me. The wonderful thing is I know the laws. I can move around like always. You are not very smart. I sat in front of a judge with a smile on my face. He looked and said you are very bad. I just laughed. You picked the wrong path here. I feel for you but don't say I didn't warn you. You had the chance to do the right thing and decided not to. Oh I act in the middle of the day as well. If you don't know this then you don't know enough about me. I might have sat back to see how you would proceed and to give you a chance to get your shit together. I think it has been long enough. You know if you tread on the outskirts of different county lines that they can't line the case together. There are so many tricks that you can't even begin to think you know abou5 [*sic*]. I just feel for you. I know you sit there ready this wondering what to do. You know nothing can be done. It sucks for sure. It is ok. I will be around. Bye for now."

**November 13, 2017**

**"girlfatashell":** Three photos outside victim Victim-5's place of employment.

*STEFFEN's Admissions*

18. On or about June 18, 2018, FBI-Tampa executed a search warrant at STEFFEN's residence in Pasco County. At the time of the search warrant, agents conducted a consensual interview with STEFFEN. She admitted that she was former business partners with Victim-4 at a gym located in Tampa, Florida, and that she had personal and professional relationships with Victims-1, 2, 3, and 5. STEFFEN told

agents that she had created a number of fake Instagram accounts, posing as Victim-4, and used those accounts to send disturbing messages to Victims-1, 2, 3, and 5.

19. STEFFEN further admitted that she used websites to "spoof" her phone number and make harassing and threatening phone calls to former clients/associates of Victim-4's gym. During the interview, agents provided STEFFEN with a copy of her internet browsing history from her Pinellas County School account. STEFFEN confirmed that she had used her computer[4] to visit the following websites: iptracker.org; legalfakes.com; howtohackanigaccount.com; syphustraining.com; mastersofrevenge.com; and MayoClinic.org, where STEFFEN viewed a webpage containing an article titled, "Narcissistic Personality Disorder." STEFFEN also reviewed copies of harassing emails and confirmed that she had them sent to Victim-5 from her "tammy.steffen11@gamil.com," "tammy.steffen17@gmail.com," and "beyondfit@yahoo.com" email accounts. Furthermore, STEFFEN admitted that she had sent the following messages from fictitious Instagram accounts:

**"catloverexpress":** " I plan to slice you up into little pieces. Your blood shall I taste"

**"gncfitnessgroup":** "tick tock bitch tick tock."

20. As a result of STEFFEN's course of conduct, Victims-1, 2, 3, 4, and 5 viewed the messages as true threats and suffered substantial emotional distress.

---

[4] The defendant is a former teacher for Pinellas County School District.

## CONCLUSION

21. Based on the foregoing, there is probable cause to believe that STEFFEN has committed violations of 18 U.S.C. § 2261A(2)(B) (Cyberstalking); and 18 U.S.C. § 875(c) (Interstate Threats).

Steven Thames, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
this ____1____ day of November, 2018

JULIE S. SNEED
United States Magistrate Judge