Tammy Marie Steffen
8:18-cr-575-T-17AAS

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.

**TAMMY MARIE STEFFEN**

Case Number: 8:18-cr-575-T-17AAS
USM Number: 71300-018

Keith Hammond, ret.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Two of the Superseding Information. The defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2261A(2)(B) and(b) | Cyberstalking | July 2018 | One |
| 18 U.S.C. § 875(c) | Interstate Threats | January 11, 2017 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One and Two of the underlying Information are dismissed in accordance with the plea agreement.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment:

September 19, 2019

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

September 19, 2019

Case 8:18-cr-00575-JSM-AAS   Document 74   Filed 04/10/20   Page 2 of 2 PageID 334
Case: 8:18-cr-0...75, Document: 64, Filed: 09-19-20...  Page 2 of 6
Page 2 of 6

**Tammy Marie Steffen**
**8:18-cr-575-T-17AAS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FIFTY-SEVEN (57) MONTHS** as to each of Counts One and Two of the Superseding Information, to run concurrently. This term shall run consecutively to the term of imprisonment imposed pursuant to judgment in Docket Number 2018-CF-6415, in the Circuit Court of Pasco County, Florida. The defendant shall receive credit for time served as calculated by the United States Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:
1. 1st choice of incarceration – Coleman, Florida to be near minor children.
2. Medical exam for serious cardiac condition which may affect medications. Complete cardiac exam.
3. Mental health treatment is described in medical reports and issues of same in commission of her crimes.
4. 500 hour RDAP substance abuse program.
5. Academic and vocational training as defendant determines her future occupations.
6. Determine what counseling on interpersonal relationships will help defendant in this case.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __02-19-2020__ to __FCI Tallahassee__

at __Tallahassee, FL__, with a certified copy of this judgment.

_____E. Strong, Warden_____
~~UNITED STATES MARSHAL~~

By: __K— 7L— CSO__
~~Deputy U.S. Marshal~~